ROB BONTA
Attorney General of California
LYNDSAY CRENSHAW
Supervising Deputy Attorney General
LAURA MACFARLANE
Deputy Attorney General
State Bar No. 301284
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone:  (619) 738-9147
  Fax:  (916) 732-7920
  E-mail:  Laura.Macfarlane@doj.ca.gov
*Attorneys for Defendant*
*California Department of Corrections and*
*Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **Laura Benton, individually and Survivor for decedent Cory Benton,**<br><br>Plaintiff,<br><br>v.<br><br>**CDCR, et al.,**<br><br>Defendants. | 3:25-cv-08787-LJC<br><br>**JOINT STIPULATION TO EXTEND DEADLINES AND CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Judge:        Hon. Lisa J. Cisneros<br>Trial Date:   Not Set<br>Action Filed: October 14, 2025 |

Plaintiff Laura Benton, individually and Survivor for decedent Cory Benton, ("Plaintiff") and Defendant California Department of Corrections and Rehabilitation ("CDCR") (collectively "Parties") by and through their attorneys of record, and pursuant to Local Rules 6-1(b) and 7-12, hereby stipulate and request the Court extend the deadline to file a responsive pleading and continue the Case Management Conference by forty-five (45) days. This request is necessary on the grounds that Plaintiff and CDCR wish to meaningfully meet and confer about CDCR's forthcoming motion to dismiss, and defense counsel is unavailable on the day of the currently set Case Management Conference.

1

**STATEMENT OF FACTS**

Plaintiff filed the Complaint on October 14, 2025. (ECF No. 1.) Defendant was served on February 13, 2026.  Pursuant to Federal Rule of Civil Procedure 12(a)(l)(A)(i), Defendant's responsive pleading is currently due on March 6, 2026. (*Id.*) A Case Management Conference with the Court is set for April 9, 2026 and a joint case management statement is due on April 2, 2026. (ECF No. 14.) CDCR's counsel reached out to Plaintiff's counsel to meet and confer about CDCR's motion to dismiss, the basis for the motion, and to discuss a stipulation to extend deadlines. Plaintiff's counsel agreed to stipulate to an extension of deadlines. With this additional time, the Parties can meaningfully meet and confer, possibly obviate the need for CDCR to file a motion to dismiss, and allow Plaintiff sufficient time to file an amended complaint. Further, defense counsel will be out of the country from March 28 to April 11, 2026, and thus cannot attend the currently scheduled Case Management Conference on April 9, 2026.

Accordingly, the Parties believe that a 45-day extension of the responsive pleading deadline and 45-day continuance of the Case Management Conference are necessary to ensure adequate time for the meet and confer. For these reasons, good cause exists to extend the responsive pleading deadline by 45 days and continue the Case Management Conference by 45 days, with a deadline for the joint case management statement due according to the date the Case Management Conference is set.

**THE PARTIES HEREBY STIPULATE AGREE AND REQUEST**:

That the Court modify deadlines and scheduling as follows:

| | |
|---|---|
| CDCR's Responsive Pleading Deadline: | April 20, 2026 |
| Joint Case Management Statement: | Seven calendar days before the Case Management Conference |
| Case Management Conference: | May 28, 2026, or based on the Court's availability |

///

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1 (i)(3), the undersigned attests that she has authorization from Plaintiff's counsel, Mr. Cajina, to affix his signature below.

Dated:  March 5, 2026                                   Respectfully submitted,

                                                        ROB BONTA
                                                        Attorney General of California
                                                        LYNDSAY CRENSHAW
                                                        Supervising Deputy Attorney General


                                                        /S/ *Laura G. Macfarlane*
                                                        LAURA MACFARLANE
                                                        Deputy Attorney General
                                                        *Attorneys for Defendant California Department of Corrections and Rehabilitation*


Dated:  March 5, 2026                                   Respectfully submitted,

                                                        LAW OFFICES OF FULVIO F. CAJINA


                                                        /S/ *Fulvio F. Cajina*
                                                        FULVIO F. CAJINA
                                                        *Attorney for Plaintiff Laura Benton, individually and Survivor for decedent Cory Benton*

SF2026301079

**ORDER**

The Court, having considered the stipulation submitted herewith, hereby approves the stipulation and enters the following order:

CDCR's responsive pleading deadline is April 20, 2026, and the Case Management Conference is continued to May 28, 2026 at 1:30 p.m. The joint case management statement is due May 21, 2026.

**IT IS SO ORDERED**.

Dated:  March 5, 2026

_____
Hon. Lisa J. Cisneros

4