UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURA BENTON,

        Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION,

        Defendant.

Case No.  25-cv-08787-RFL

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 17

The deadline for Plaintiff Laura Benton to file an opposition to Defendant's motion to dismiss was May 18, 2026, but no opposition has been filed.  Plaintiff is **ORDERED** to show cause, in writing, by **May 26, 2026** why she did not respond.  In addition, Plaintiff may file her opposition or a notice of non-opposition by that date.  If Plaintiff files an opposition, any reply will be due by **June 9, 2026**.

If Plaintiff fails to file an opposition, her complaint may be dismissed without further notice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: May 19, 2026

_____
RITA F. LIN
United States District Judge