UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BENTON,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION,<br><br>        Defendant. | Case No.  25-cv-08787-RFL<br><br>**ORDER DISMISSING ACTION FOR<br>FAILURE TO PROSECUTE** |

Plaintiff Laura Benton filed this action on October 14, 2025.  (Dkt. No. 1.)  Defendant moved to dismiss the complaint on April 20, 2026.  (Dkt. No. 17.)  Benton failed to timely oppose the Motion to Dismiss, and the Court issued an Order to Show Cause, advising Benton that failure to respond by May 26, 2026 may result in dismissal of her complaint without further notice under Federal Rule of Civil Procedure 41(b).  (Dkt. No. 24.)  That date has now passed, and Benton has not filed an opposition to the motion to dismiss or responded to the Order to Show Cause.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute for the reasons explained in *Montgomery v. U.S. Bank, N.A.*, No. 24-cv-00557-RFL, 2024 WL 2853967, at *1–2 (N.D. Cal. May 3, 2024) (applying the five factors listed in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002)).  Furthermore, Defendant's Motion to Dismiss is **DENIED AS MOOT**, and the Order to Show Cause is **DISCHARGED**.

    **IT IS SO ORDERED.**

Dated: May 29, 2026

_____
RITA F. LIN
United States District Judge

1